# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MAIETTA CONSTRUCTION, INC.,<br>MAIETTA ENTERPRISES, INC., and<br>M7 Land Co., LLC<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 2:21-cv-00131-JDL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

PLEASE TAKE NOTICE that Plaintiff, United States of America, submits for **lodging only** a proposed Consent Decree that is designed to resolve all issues in this case. The proposed Consent Decree should not be entered by the Court unless the United States subsequently moves the Court to do so. In conjunction with this Notice, the United States hereby states the following:

　　1.　This is a civil action commenced under section 309(b) and (d) of the Clean Water Act ("CWA"), 33 U.S.C. § 1319(b) and (d), to obtain injunctive relief and civil penalties against Maietta Construction, Inc., Maietta Enterprises, Inc., and M7 Land Co., LLC ("Defendants") for the discharge of pollutants into waters of the United States without authorization by the United States Department of the Army Corps of Engineers on property located at 150 Pleasant Hill Road in Scarborough, Maine (the "Site"), in violation of Sections 301(a) and 404 of the CWA, 33 U.S.C. §§ 1311(a) and 1344.

2.      The United States and Defendants have resolved all claims in this case and have set forth their agreement in the proposed Consent Decree. That proposed Consent Decree is submitted on this date for lodging only.

3.      This case, among other things, seeks to enjoin the Defendants from discharging pollutants into waters of the United States. In such cases, federal regulations require that non-parties to the litigation be afforded an opportunity to comment on the proposed judgment. 28 C.F.R. § 50.7(a). The relevant regulations provide that the proposed Consent Decree or judgment be lodged with the Court at least 30 days before the judgment is entered by the Court. *Id*. § 50.7(b).

4.      In accordance with this process, the Department of Justice will publish notice of the proposed Consent Decree in the Federal Register and solicit comments on said decree, to be submitted within thirty days of said publication.

5.      Pursuant to 28 C.F.R. § 50.7(b), the Department of Justice, as appropriate, may withdraw or withhold consent to the proposed Consent Decree if comments disclose facts or considerations which indicate that the Consent Decree is inappropriate, improper, or inadequate.

Accordingly, the United States respectfully requests that this Court lodge the proposed Consent Decree, but not sign it or otherwise enter it as an Order. The Untied States will, promptly after evaluating any public comments received during the public comment period, make an appropriate motion for the Court to enter the Consent Decree, unless it is determined that consent should be withheld.

DATE: May 14, 2021                              Respectfully submitted,

                                                /s/ Perry M. Rosen
                                                PERRY M. ROSEN
                                                Environmental Defense Section
                                                Environment & Natural Resources Division

        U.S. Department of Justice
        P.O. Box 7611
        Washington, DC 20044
        (202) 353-7792
        perry.rosen@usdoj.gov


        DONALD E. CLARK
        ACTING UNITED STATES ATTORNEY

        JOHN OSBORN
        Assistant United States Attorney
        District of Maine
        100 Middle Street
        East Tower, 6th Floor
        Portland, ME 04101
        (207) 780-3257

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Lodging of Consent Decree along with the lodged Consent Decree was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of said document to the attorneys of record/parties who have registered as CM/ECF participants.


Date: May 14, 2021                                          /s/  Perry M. Rosen
                                                            Perry M. Rosen