## SUBORDINATION AGREEMENT

This Agreement is entered into by SACO & BIDDEFORD SAVINGS INSTITUTION, a Maine banking corporation with a place of business in Saco, Maine ("SBSI") for the benefit of the TIMOTHY NORTON, TRUSTEE of the 150 Pleasant Hill Road Trust u/t/a dated as of APRIL 27th, 2021, or its assigns (the "Maietta Trust").

## WITNESSETH:

WHEREAS, VINCENT A. MAIETTA, TRUSTEE of THE PLEASANT HILL TRUST I a/k/a THE PLEASANT HILL TRUST u/d/t dated November 7, 1994, as amended, a Maine trust with a place of business in South Portland, Maine (the "Trust"), is the owner in fee of certain premises situated at 21 Maietta Drive, Scarborough, Cumberland County, Maine (the "Premises"); and

WHEREAS, SBSI is the holder of a certain Promissory Note from the Trust in the original principal amount of $875,000.00, secured by a Mortgage Deed, Security Agreement & Financing Statement and Collateral Assignment of Leases and Rentals ("SBSI Mortgage and SBSI Collateral Assignment") given by the Trust to SBSI, and covering the Premises and another property located at 16 Maietta Drive, Scarborough, Cumberland County, Maine, said Mortgage and Collateral Assignment being dated May 3, 2019 and recorded in the Cumberland County Registry of Deeds in Book 35628, Page 188, and in Book 35628, Page 210; and,

WHEREAS, the Trust, or an affiliated entity of the Trust, is being required by the United States of America, on behalf of the U.S. Environmental Protection Agency (the "EPA"), to restore certain wetlands on a parcel of land near the Premises and the EPA is requiring that the Trust provide it with some mortgage collateral to serve as a surety associated with said restoration work and the EPA has agreed to accept the Premises as mortgage collateral on the Premises ("EPA Mortgage") in the amount of $950,000.00, provided that the EPA Mortgage is in the first priority position on the Premises; and,

WHEREAS, SBSI hereby acknowledges that it will benefit the Trust to permit the EPA to have a first priority Mortgage interest in the Premises, thus SBSI is willing to subordinate its SBSI Mortgage and SBSI Collateral Assignment interest in the Premises only to the EPA Mortgage, subject to the terms and conditions hereinafter set forth;

NOW THEREFORE, SBSI agrees as follows:

1. SBSI hereby subordinates all indebtedness now or hereafter secured by the SBSI Mortgage and SBSI Collateral Assignment referenced above only as to SBSI's interest in the Premises to the lien of the EPA Mortgage hereinafter to be conveyed by the Trust to the Maietta Trust in the amount of $950,000.00 encumbering the Premises, which EPA Mortgage will be recorded in the Cumberland County Registry of Deeds. Said EPA Mortgage from the Trust to the Maietta Trust will only secure an obligation in a principal amount not to exceed $950,000.00, plus interest and costs, together with any advances required to protect the Premises.

2. This Subordination does not include a subordination of SBSI's first mortgage interest in the property located at 16 Maietta Drive in Scarborough, Maine which mortgage and collateral assignment interest in 16 Maietta Drive will continue to be a first priority mortgage and collateral assignment.

3. SBSI hereby agrees that this Subordination Agreement benefits the EPA and its successors and assigns.

4. The declaration by SBSI of an event of default under the SBSI Mortgage and SBSI Collateral Assignment shall not automatically constitute an event of default under the EPA Mortgage or that certain Consent Decree in the matter of *U.S. v. Maietta Construction, Inc., et al.*, executed by the EPA, as Plaintiff, and Maietta Construction, Inc. and Maietta Enterprises, Inc., as Defendants. Upon the occurrence of any event of default under the SBSI Mortgage and SBSI Collateral Assignment, if SBSI shall elect to foreclose the SBSI Mortgage and SBSI Collateral Assignment, SBSI shall first provide written notice to the Maietta Trust and the EPA of its election to foreclose, and thereafter the first $950,000.00 of the cash proceeds of the sale of the Premises (plus interest and costs, together with any advances required to protect the Premises) shall be paid to the Maietta Trust as the first priority lienholder.

IN WITNESS WHEREOF, the said SACO & BIDDEFORD SAVINGS INSTITUTION has caused this instrument to be signed and sealed by James M. Whelan, its Vice President, this 27th day of April, 2021.

Witness:

_____

SACO & BIDDEFORD SAVINGS INSTITUTION

By: _____
James M. Whelan
Its: Vice President

STATE OF MAINE
CUMBERLAND, ss.                                April 27, 2021

Personally appeared before me the above-named James M. Whelan, Vice President of Saco & Biddeford Savings Institution, and acknowledged the foregoing instrument to be his free act and deed, in his said capacity, and the free act and deed of said Saco & Biddeford Savings Institution.

_____
Notary Public
Print Name: Sarah Gonneville
My Commission Expires: Dec 2, 2021

2

SARAH A. GONNEVILLE
NOTARY PUBLIC
State of Maine
My Commission Expires
December 2, 2021